# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **MICHAEL LEES,** § | |
| *Plaintiff,* § | |
| § | |
| vs. § | |
| § | Case No. 4:21-cv-02791 |
| § | |
| **C. R. BARD, INC. AND BARD** § | |
| **PERIPHERAL VASCULAR, INC.,** § | |
| *Defendants.* § | |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned Parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed without prejudice, with each party to bear its own costs.

Dated: August 27, 2021                                                    Respectfully submitted,

**FEARS NACHAWATI, PLLC**                          **GREENBERG TRAURIG, LLP**

*/s/ Steven S. Schulte*                                                  */s/ Peter K. Lacina*
Steven S. Schulte                                                          Peter K. Lacina
Texas Bar No. 24051306                                             Texas State Bar No. 24063960
FEARS NACHAWATI, PLLC                                     S.D. Tex. Bar No. 1097835
5473 Blair Road                                                            2200 Ross Avenue, Suite 5200
Dallas, Texas 75231                                                     Dallas, Texas 75201
Telephone: (214) 890-0711                                         Telephone: (214) 665-3600
                                                                                       Facsimile: (214) 665-3601
                                                                                       Email: lacinap@gtlaw.com

*Attorney for Plaintiff*

Kristin H. Agnew
Texas State Bar No. 24083144
S.D. Tex. Bar No. 3169198
1000 Louisiana Street, Suite 1700
Houston TX 77002
Telephone: (713) 374-3500
Facsimile: (713) 374-3505

*Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.*

**CERTIFICATE OF CONFERENCE**

I certify that all counsel of record agreed to the relief requested herein.

Dated: August 27, 2021

> */s/ Steven S. Schulte*
> Steven S. Schulte

**CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2021, a true and correct copy of the foregoing document was electronically filed with the Court and that counsel of record who are deemed to have consented to electronic service are being served via the Court's CM/ECF system.

> */s/ Steven S. Schulte*
> Steven S. Schulte