United States District Court
Southern District of Texas
**ENTERED**
August 31, 2021
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **MICHAEL LEES,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **vs.** | § | |
| | § | **Case No. 4:21-cv-02791** |
| | § | |
| **C. R. BARD, INC. AND BARD** | § | |
| **PERIPHERAL VASCULAR, INC.,** | § | |
| *Defendants.* | § | |

### ORDER

The Court, having reviewed the Parties' Joint Stipulation of Dismissal Without Prejudice

filed on behalf of Plaintiff Michael Lees and Defendants C. R. Bard, Inc. and Bard Peripheral

Vascular, Inc., and good cause appearing therefore, hereby enters the following Order.

**IT IS HEREBY ORDERED** that the above-captioned matter is DISMISSED

WITHOUT PREJUDICE as to all parties and all claims, with each party to bear its own costs

and fees.

SO ORDERED this _____ day of _____, 2021

AUG 3 0 2021

_____
UNITED STATES DISTRICT JUDGE